# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**RICHARD KIDD,**

    **Plaintiff,**

v.                                           **Case No: 6:18-cv-790-Orl-28JBT**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This case is before the Court on the Complaint filed by Plaintiff seeking review of the final decision of the Commissioner of Social Security ("Commissioner") denying her claim for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") (Doc. No. 1) (filed May 22, 2018). The United States Magistrate Judge has submitted a report recommending that the final decision be affirmed. Plaintiff has filed an objection to the report (Doc. 25), and the Commissioner has filed a response to Plaintiff's objection. (Doc. 26).

After an independent *de novo* review of the record in this matter, including the objection filed by Plaintiff, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. The objection is overruled, and it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 12, 2019 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **AFFIRMED**.

3. The Clerk of the Court is directed to enter judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Orlando, Florida, on May 8th, 2019.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record